Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
5042 Wilshire Blvd., Suite 46382
Los Angeles, CA 90036

Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
Bryan Estrada

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada,<br><br>Plaintiff,<br><br>v.<br><br>Cherokee Funding, LLC, et al.<br><br>Defendants. | Case No.:<br>5:20−cv−01463−PA (SPx)<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT:**

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled in its entirety as to all parties and all causes of action.

Respectfully submitted,

Dated: September 11, 2020    LAW OFFICES OF ROSS CORNELL, APC

                                   By:  /s/ *Ross Cornell*
                                          Ross Cornell, Esq.,
                                          Attorneys for Plaintiff,
                                          Bryan Estrada