**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ESTRADA, | CV 20-01463 PA (SPx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CHEROKEE FUNDING, LLC, et al., | |
| Defendants. | |

Pursuant to this Court's September 23, 2020, Minute Order dismissing plaintiff Bryan Estrada's claims for lack of prosecution,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: September 23, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE